UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

JERRY V. SMITH, Petitioner, Pro Se

Vs.                                                                                                                          MAY 30, 2016

INTERNAL REVENUE SERVICE, Respondent

PETITION TO QUASH SUMMONS

Petitioner, Jerry V. Smith, hereby alleges as follows:

1. This motion is brought under the authority of Section 7609(b)(2) of the Internal Revenue Code to judicially quash the enforcement of an Internal Revenue Summons.

2. Said Summons was issued to Bank of America, N.A., Legal Order Processing, P O Box 15047, Wilmington, Delaware 19850-5047 on May 12, 2016 by Jeffrey Marino, Revenue Agent, Internal Revenue Service, Suite 105, 200 S. Virginia Street, Reno, NV 89501-2400. Said Summons seeks to obtain bank statements, cancelled checks and any other books, records and papers relating to petitioner's alleged "tax liability" or "any offense" connected with the administration or enforcement of the internal revenue laws for the calendar year ended 12/31/15.

3. This attempt by the Internal Revenue Service to obtain my personal and confidential records from Bank of America is an act of attempted extortion carried out under color of

right. This is because the IRS Code (Title 26) contains no statute or group of statutes that (when taken together) make anyone liable for the filing of a tax return or the payment of an income tax. This absence of a liability statute is not by accident. If the Code did have such a liability statute it would create a major conflict with the Constitution in that the Code would compel citizens to file a return and therefore become a witness against themselves in violation of the Fifth Amendment Right not to be compelled to be a witness against yourself. Without such a statutory liability and without incurring any such liability through the voluntary filing of a tax return by the taxpayer (see No. 5) the IRS has no authority to demand that my personal documents and records in the possession of Bank of America be turned over to them for any purpose. This action by the IRS is nothing but an illegal fishing expedition. Therefore the summons issued by the IRS in this case is illegal and should be quashed.

4. In addition to the absence of a liability statute as stated in #3 above, the 16th Amendment also does not establish any liability to file a return or pay an income tax. Its only purpose is to declare that the income tax is to be an excise tax subject to geographic uniformity rather than a direct tax subject to apportionment. In addition note that 26 USC 1 does not create any liability to file or pay because it does not say who is liable for the payment of the taxes imposed. Also note that the actions permitted by the Secretary in 26 USC 6020 are only authorized if a person fails to make any return required by any internal revenue law. Since there is no statute that requires anyone to file a return or pay an income tax one cannot honestly think that 26 USC 6020 establishes any kind of liability on the part of individuals to file a return.

5. The 5th Amendment to the Constitution (located in our Bill of Rights) says, among other things, one cannot be compelled to be a witness against themselves.  This right applies to both civil and criminal issues. **MCCARTHY V ARNDSTEIN, 266 US 34 (1924).**  The filing of a tax return is an act of being a witness against yourself because the IRS can use anything contained therein against you.  This is another reason why the summons in question here should be quashed.

6. When citizens don't voluntarily file returns and the IRS thinks they might owe taxes if they filed, 26 USC 6501(c)(3) allows them two options. They can sue the citizen in district court or they can "make the assessment".  They never sue because they cannot prove in a court of law that there is any liability.  So they rely on the second alternative.  Since the assessment cannot legally be made without a validly signed return they apply tremendous pressure on citizens in an attempt to cause them to file.  They use a variety of harassment-like tactics to force citizens to file, even when there is no liability to file.  This IRS summons is one of their tactics.  I am a citizen of this great country and do my best to conduct my life and affairs in accordance with the U.S. Constitution.  For the IRS to go to the extreme of issuing an intentionally defective summons thereby causing a lot of unnecessary effort and expense for petitioner to protect his constitutional rights (when the government should be protecting those rights) is nothing but harassment.  For these reasons I respectfully ask this court to order Respondent to identify any section/sections of Title 26 US Code that creates a liability to file a return.

7. 26 USC 6012 is a particularly devious part of the Code. A casual reading may give the impression that one is required to file tax returns if certain conditions are met.

However, use of the word "shall" in the opening paragraph cannot be given a mandatory meaning because if so, it would lead to a conflict with the Constitution as noted in #5 above. Therefore in this case the word "shall" must be interpreted as "may". Also the term "Gross Income" in 26 USC 6012(a)(1)(A) is without a valid definition. 26 USC 61 says "Gross Income means all income…" It is invalid to define a word using the same word.  The Code itself does not give a definition of the word "income". The only definition of "income" is found in **EISNER V. MACOMBER, 252 US 189 (1920).** That definition is:

> "Income may be defined as the gain derived from capital, from labor, or from both combined, provided it be understood to include profit gained through a sale or conversion of capital assets…"

8. Since Revenue Agent Marino did not furnish to Petitioner an attested copy of the summons as required by 26 USC 7603, and since it appears that Respondent and/or Revenue Agent have not been delegated by the Secretary to summon anybody with respect to the alleged "tax liability" referred to in the summons, this court appears to be without jurisdiction to enforce it.

9. Included with this Petition are the following documents:

    a. Mailing List

    b. Sworn Affidavit of Petitioner

    c. 26 USC 7609(b)(2)

    d. Summons

    e. 16th Amendment

    f. 5th Amendment

    g.  26 USC 6501(c)(3)

    h.  26 USC 6012

    i.  26 USC 61

    j.  26 USC 7603

    k.  26 USC 6020

WHEREFORE, Petitioner respectfully requests:

a. That this court enter an order quashing the enforcement of the enclosed summons.
b. That this court enter an order requiring Respondent to pay all costs incurred by Petitioner in seeking to quash its unlawful summons.
c. That this court grant such other relief as it deems proper.

Dated at Reno, NV, 30th day of May, 2016

Jerry V. Smith
Petitioner, Pro Se
1000 Bible Way #51
Reno, NV 89502



Mr. Jerry Smith
1000 Bible Way Ste 51
Reno NV 89502-2133

 CERTIFIED MAIL



1000

 19801



U.S. POSTAGE PAID
RENO, NV
89510
MAY 31 16
AMOUNT
$9.02
R2304W119961-13

7009 1410 0000 3410 9526

16-1

16-165

Domestic Return Receipt
SN 7530-02-000-9065

US DIST. COURT
DIST. OF DELAWARE
844 N. KING ST. #18
WILMINGTON, DE 19801



FILED
JUN 01 2016
U.S. DISTRICT
DISTRICT OF DELAWARE