*a.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### MAILING LIST FOR PETITION TO QUASH SUMMONS

JERRY V. SMITH, Petitioner

Vs.

UNITED STATES, Respondent

March 1, 2016

1. Bank of America, N. A.
   Legal Order Processing
   P.O. Box 15047
   Wilmington, DE 19850-5047

2. Attorney General of the United States
   Department of Justice
   Washington, DC 20530

3. United States Attorney
   Nemours Building
   US Attorney's Office
   1007 Orange St
   #700
   Wilmington, DE 19801

4. Jeffrey Marino
   Internal Revenue Service
   200 S. Virginia St #105
   Reno, NV 89501-2400