

C.

(https://www.cornell.edu)Cornell University Law School (http://www.lawschool.cornell.edu/)Search Cornell (https://www.cornell.edu/search/)

U.S. Code (/uscode/text) › Title 26 (/uscode/text/26) › Subtitle F (/uscode/text/26/subtitle-F) › Chapter 78 (/uscode/text/26/subtitle-F/chapter-78) › Subchapter A (/uscode/text/26/subtitle-F/chapter-78/subchapter-A) › § 7609

# 26 U.S. Code § 7609 - Special procedures for third-party summonses

Current through Pub. L. 114-38 (http://www.gpo.gov/fdsys/pkg/PLAW-114publ38/html/PLAW-114publ38.htm). (See Public Laws for the current Congress (http://thomas.loc.gov/home/LegislativeData.php?n=PublicLaws).)

US Code (/uscode/text/26/7609?qt-us_code_temp_noupdates=0#qt-us_code_temp_no
Notes (/uscode/text/26/7609?qt-us_code_temp_noupdates=1#qt-us_code_temp_noup
IRS Rulings (/uscode/text/26/7609?qt-us_code_temp_noupdates=2#qt-us_code_temp_
Authorities (CFR) (/uscode/text/26/7609?qt-us_code_temp_noupdates=3#qt-us_code_

prev (/uscode/text/26/7608) | next (/uscode/text/26/7610)

**(a)** NOTICE

**(1)** IN GENERAL
If any summons to which this section applies requires the giving of testimony on or relating to, the production of any portion of records made or kept on or relating to, or the production of any computer software source code (as defined in 7612(d)(2)) with respect to, any person (other than the person summoned) who is identified in the summons, then notice of the summons shall be given to any person so identified within 3 days of the day on which such service is made, but no later than the 23rd day before the day fixed in the summons as the day upon which such records are to be examined. Such notice shall be accompanied by a copy of the summons which has been served and shall contain an explanation of the right under subsection (b)(2) to bring a proceeding to quash the summons.

**(2)** SUFFICIENCY OF NOTICE
Such notice shall be sufficient if, on or before such third day, such notice is served in the manner provided in section 7603 (relating to service of summons) upon the person entitled to notice, or is mailed by certified or registered mail to the last known address of such person, or, in the absence of a last known address, is left with the person summoned. If such notice is mailed, it shall be sufficient if mailed to the last known address of the person entitled to notice or, in the case of notice

C.

to the Secretary under section 6903 of the existence of a fiduciary relationship, to the last known address of the fiduciary of such person, even if such person or fiduciary is then deceased, under a legal disability, or no longer in existence.

### (3) NATURE OF SUMMONS

Any summons to which this subsection applies (and any summons in aid of collection described in subsection (c)(2)(D)) shall identify the taxpayer to whom the summons relates or the other person to whom the records pertain and shall provide such other information as will enable the person summoned to locate the records required under the summons.

## (b) RIGHT TO INTERVENE; RIGHT TO PROCEEDING TO QUASH

### (1) INTERVENTION

Notwithstanding any other law or rule of law, any person who is entitled to notice of a summons under subsection (a) shall have the right to intervene in any proceeding with respect to the enforcement of such summons under section 7604.

### (2) PROCEEDING TO QUASH

#### (A) In general

Notwithstanding any other law or rule of law, any person who is entitled to notice of a summons under subsection (a) shall have the right to begin a proceeding to quash such summons not later than the 20th day after the day such notice is given in the manner provided in subsection (a)(2). In any such proceeding, the Secretary may seek to compel compliance with the summons.

#### (B) Requirement of notice to person summoned and to Secretary

If any person begins a proceeding under subparagraph (A) with respect to any summons, not later than the close of the 20-day period referred to in subparagraph (A) such person shall mail by registered or certified mail a copy of the petition to the person summoned and to such office as the Secretary may direct in the notice referred to in subsection (a)(1).

#### (C) Intervention; etc.

Notwithstanding any other law or rule of law, the person summoned shall have the right to intervene in any proceeding under subparagraph (A). Such person shall be bound by the decision in such proceeding (whether or not the person intervenes in such proceeding).

## (c) SUMMONS TO WHICH SECTION APPLIES

### (1) IN GENERAL