



(https://www.cornell.edu)Cornell University Law School (http://www.lawschool.cornell.edu/)Search Cornell (https://www.cornell.edu/search/)

U.S. Code (/uscode/text) › Title 26 (/uscode/text/26) › Subtitle F (/uscode/text/26/subtitle-F) › Chapter 61 (/uscode/text/26/subtitle-F/chapter-61) › Subchapter A (/uscode/text/26/subtitle-F/chapter-61/subchapter-A) › Part II (/uscode/text/26/subtitle-F/chapter-61/subchapter-A/part-II) › Subpart D (/uscode/text/26/subtitle-F/chapter-61/subchapter-A/part-II/subpart-D) › § 6020

# 26 U.S. Code § 6020 - Returns prepared for or executed by Secretary

Current through Pub. L. 114-38 (http://www.gpo.gov/fdsys/pkg/PLAW-114publ38/html/PLAW-114publ38.htm). (See Public Laws for the current Congress (http://thomas.loc.gov/home/LegislativeData.php?n=PublicLaws).)

US Code (/uscode/text/26/6020?qt-us_code_temp_noupdates=0#qt-us_code_temp_nou
Notes (/uscode/text/26/6020?qt-us_code_temp_noupdates=1#qt-us_code_temp_noupo
IRS Rulings (/uscode/text/26/6020?qt-us_code_temp_noupdates=2#qt-us_code_temp_
Authorities (CFR) (/uscode/text/26/6020?qt-us_code_temp_noupdates=3#qt-us_code_

prev (/uscode/text/26/6019) | next (/uscode/text/26/6021)

**(a) PREPARATION OF RETURN BY SECRETARY**
If any person shall fail to make a return required by this title or by regulations prescribed thereunder, but shall consent to disclose all information necessary for the preparation thereof, then, and in that case, the Secretary may prepare such return, which, being signed by such person, may be received by the Secretary as the return of such person.

**(b) EXECUTION OF RETURN BY SECRETARY**

**(1) AUTHORITY OF SECRETARY TO EXECUTE RETURN**
If any person fails to make any return required by any internal revenue law or regulation made thereunder at the time prescribed therefor, or makes, willfully or otherwise, a false or fraudulent return, the Secretary shall make such return from his own knowledge and from such information as he can obtain through testimony or otherwise.

**(2) STATUS OF RETURNS**
Any return so made and subscribed by the Secretary shall be prima facie good and sufficient for all legal purposes.